JS-6

NITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JOHN ROE A.J., an individual,

Plaintiff,

vs.

THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.,

Defendants.

Case No. 2:26-cv-04682-MWF(SKx)

**ORDER GRANTING STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(1)(A)(ii)**

The Court has considered the parties' Stipulation and Request for Voluntary Dismissal with Prejudice Under Rule 41(a)(1)(A)(ii) (the "Stipulation"). (Docket No. 44). For good cause shown, the Court GRANTS the Stipulation and ORDERS as follows:

1. The above-captioned action is DISMISSED in its entirety, with prejudice, including all claims and causes of action, as to all defendants;
2. Each party is to bear their own attorneys' fees, costs, and expenses; and
3. All future deadlines and hearings in this action are hereby VACATED.

IT IS SO ORDERED.

Dated: November 2, 2026

MICHAEL W. FITZGERALD
United States District Judge